IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>            Defendant. | Civil Action No.: 07-356 |

### NOTICE OF APPEARANCE

TO:    Clerk of the Court          Frederick L. Cottrell, III
        District Court of Delaware   Steven J. Fineman
        800 N. King Street          Richards Layton & Finger
        Wilmington, DE 19801      One Rodney Square
                                            920 N. King Street
                                            Wilmington, DE 19801

**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiff, Philadelphia Federation of Teachers Health and Welfare Fund.

Dated: June 12, 2007                      CHIMICLES & TIKELLIS LLP

                                                      /s/
                                                        Pamela S. Tikellis (#2172)
                                                        A. Zachary Naylor (#4439)
                                                        One Rodney Square
                                                        P.O. Box 1035
                                                         Wilmington, Delaware 19899
                                                        (302) 656-2500
                                                        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>　　　　　　　　　Defendant. | : Civil Action No.: 07-356<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copy of Notice of Appearance was served on the counsel listed below in the manner indicated on June 12, 2007.

**BY E-MAIL**
Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

_____
A. Zachary Naylor (I.D. No. 4439)