IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br>                   Defendant. | Civil Action No.: 07-356 (SLR) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Jeffrey L. Kodroff** to represent Plaintiff in this matter.

Date: 6/20/07

CHIMICLES & TIKELLIS, LLP

_____
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of
The Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:_____         Signed: _____
                         Jeffrey L. Kodroff
                         SPECTOR, ROSEMAN & KODROFF, P.C.
                         1818 Market Street, Suite 2500
                         Philadelphia, PA 19103
                         (215) 496-0300

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copy of the Motion for Admission Pro Hac Vice, Proposed Order and Certification by Counsel to be Admitted Pro Hac Vice was served on the counsel listed below in the manner indicated on June 20, 2007.

> **BY E-MAIL**
> Frederick L. Cottrell, III
> Steven J. Fineman
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801

A. Zachary Naylor (I.D. No. 4439)