## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND, on behalf of itself and all others
similarly situated,

        Plaintiff,

        v.

BRAINTREE LABORATORIES, INC.,

        Defendant.

Case No. 07-cv-356 (SLR)

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

        Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David S. Nalven to represent Plaintiff in this matter.

Date: June 21, 2007

CHIMICLES & TIKELLIS, LLP

A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
Fax: (617) 482-3003

Date:  June 19, 2007

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copy of the Motion for

Admission Pro Hac Vice, Proposed Order and Certification by Counsel to be Admitted

Pro Hac Vice was served on the counsel listed below in the manner indicated on June 21,

2007.

**BY E-MAIL**
Frederick L. Cottrell, III
Steven J. Fineman
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801


A. Zachary Naylor (I.D. No. 4439)