## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PHILADELPHIA FEDERATION OF )
TEACHERS HEALTH AND WELFARE )
FUND, on behalf of itself and all others )
similarly situated, )
                        )
         Plaintiff, )    Case No. 07-356 (SLR)
                        )
v. )
                        )
BRAINTREE LABORATORIES, INC., )
                        )
         Defendant. )

## UNOPPOSED MOTION TO STAY ALL PROCEEDINGS
## AND FOR EXTENSION OF TIME

Defendant Braintree Laboratories, Inc. ("Braintree") moves for an order staying all proceedings in this case until the Court issues an opinion concerning the outcome of the trial in *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civ. A. No. 03-477 (SLR) (the "*Schwarz* litigation"), a related case pending before this Court involving many similar factual allegations and legal claims. In addition, Braintree moves that the deadline for it to move, answer, or otherwise respond to the operative Complaint be extended to and including 45 days from the issuance of that opinion. Plaintiffs do not oppose the relief requested in view of Braintree's agreement to produce all of the Braintree documents it cited to the Court in support of Braintree's proposed Findings of Fact and Conclusions of Law in the *Schwarz* litigation.

In support of this motion, Braintree states as follows:

1.      On certain days between January 29 and March 15, 2007, this Court held a trial on the merits in the *Schwarz* litigation. Among the issues litigated during that trial were: (1) whether Braintree's 2003 patent infringement suit against Schwarz Pharma, Inc. ("Schwarz") was "objectively baseless"; (2) whether Braintree brought the suit with the "subjective intent" to

use the litigation process to injure competition; and (3) whether, during the pendency of the patent litigation, Braintree possessed monopoly power in the relevant market with respect to its patented prescription laxative MiraLax.®

2.      In April 2007, Plaintiff Philadelphia Federation of Teachers Health and Welfare Fund ("Indirect Purchaser Plaintiffs") filed an antitrust claim against Braintree on behalf of a proposed, nationwide class of indirect purchasers who paid for MiraLax® and any generic for use, and not for resale from December 23, 2003 to the present. *See, e.g., Philadelphia Federation of Teachers Health and Welfare Fund* Complaint, ("the Complaint") D.I. 6 at ¶ 85. This case was transferred to the United States District Court for the District of Delaware on June 6, 2007, D.I. 5.

3.      The complaint alleges, *inter alia*, that Braintree's patent infringement action against Schwarz violated Section 2 of the Sherman Act by delaying entry of less expensive generic PEG, causing direct purchasers to pay higher prices for PEG. *See, e.g.,* the Complaint at ¶ 22. The Indirect Purchaser Plaintiff's suit will, accordingly, involve many of the same core issues as the *Schwarz* litigation: objective baselessness, subjective intent, and monopoly power. *See id.* at ¶¶ 23-24; *see also Professional Real Estate Investors, Inc. v. Columbia Pictures Indus., Inc.*, 508 U.S. 49, 60-61 (1993) (stripping litigant of *Noerr-Pennington* immunity requires proof that lawsuit was objectively baseless and brought with subjective intent of using litigation process to injure competition); *Queen City Pizza, Inc. v. Domino's Pizza*, 124 F.3d 430, 437 (3d Cir. 1997) (requiring proof of monopoly power to prevail on monopolization claim).

4.      A stay of these cases pending the outcome of the *Schwarz* trial would promote judicial efficiency by conserving the resources of the Court and the parties. Given the similarity of many of the issues, this Court's decision in *Schwarz* may eliminate or narrow the scope of the issues to be tried and thus limit the necessary discovery, and may foster settlement among the

2

parties. *See Levy v. Sterling Holding Co., LLC,* Civ. A. No. 00-994, 2004 WL 2251268 at * 2 (D. Del. Sept. 27, 2004) (stay reducing discovery burdens); *Maloney v. Gordon,* 328 F. Supp. 2d 508, 513 (D. Del. 2004) (where related case "may guide the parties in settlement discussions and potentially eliminate the need to litigate some or all of the issues in this case" staying instant case preserves judicial resources). On the other hand, proceeding with the action now would force the parties to expend substantial resources by responding to discovery requests more extensive than Braintree has agreed to provide during the stay. *See Levy,* 2004 WL 2251268 at * 2.

5.    The case is newly filed, and no trial date has been set. Accordingly, the stay will be entered "before any party incurs substantial litigation-related expenses." *Alloc, Inc. v. Unilin Décor N.V.,* C.A. No. 03-253-GMS, 2003 WL 21640372 at *3 (D. Del. July 11, 2003).

6.    On June 7, 2007, the Court granted Braintree's Unopposed Motion to Stay All Proceedings and For Extension of Time in a related case brought by a putative class of direct purchasers of MiraLax®, *Rochester Drug Co-Operative, Inc., et al v. Braintree Laboratories, Inc.,* C.A. No. 07-142-SLR.

7.    For these reasons, Braintree respectfully requests that the Court enter the unopposed order attached hereto.

Of Counsel:
Michelle D. Miller
David B. Bassett
Mark A. Ford
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 21, 2007

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
cottrell@rlf.com
fineman@rlf.com
(302) 651-7700
*Attorneys    for    Defendant    Braintree Laboratories, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I caused to be served by hand delivery the

foregoing document(s) and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Pamela S. Tikellis
A. Zahary Naylor
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE  19899


Steven J. Pineman (#4025)
fineman@rlf.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) Case No. 07-356 (SLR) |
| v. | ) ) ) |
| BRAINTREE LABORATORIES, INC., | ) ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER ON UNOPPOSED MOTION TO STAY
## ALL PROCEEDINGS AND FOR EXTENSION OF TIME

Except as to certain discovery agreed to by the parties, proceedings in the above-captioned case are stayed pending this Court's opinion concerning the outcome of the trial in the related case of *Braintree Laboratories, Inc. v. Schwarz Pharma, Inc.*, Civ. A. No. 03-477 (SLR). It is further ordered that the time for moving, answering or responding to the operative Complaint is extended to and including 45 days from the issuance of that opinion.

So ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHILADELPHIA FEDERATION OF          )
TEACHERS HEALTH AND WELFARE         )
FUND, on behalf of itself and all others )
similarly situated,                 )
                                    )
            Plaintiff,              )    Case No. 07-356 (SLR)
                                    )
v.                                  )
                                    )
BRAINTREE LABORATORIES, INC.,       )
                                    )
            Defendant.              )

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Braintree Laboratories, Inc. ("Braintree") state that they conferred with counsel for Plaintiffs in the above-captioned case and Plaintiffs do not oppose Braintree's Motion To Stay All Proceedings And For Extension Of Time.

|  |  |
|---|---|
| Michelle D. Miller | Frederick L. Cottrell, III (#2555) |
| Eric Mahr | Steven J. Fineman (#4205) |
| David B. Bassett | RICHARDS, LAYTON & FINGER, P.A. |
| Cynthia D. Vreeland | One Rodney Square |
| WILMER CUTLER PICKERING | 920 N. King Street |
|   HALE AND DORR LLP | P. O. Box 551 |
| 60 State Street | Wilmington, DE 19899-0551 |
| Boston, MA 02109 | (302) 651-7700 |
| (617) 526-6000 | cottrell@rlf.com |
|  | fineman@rlf.com |
|  | *Attorneys for Defendant Braintree* |
|  | *Laboratories, Inc.* |

Dated: June 21, 2007