## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PHILADELPHIA FEDERATION OF             )
TEACHERS HEALTH AND WELFARE            )
FUND, on behalf of itself and all others   )
similarly situated,                     )
                                        )
      Plaintiff,                  )  Case No. 07-356 (SLR)
                                        )
v.                                      )
                                        )
BRAINTREE LABORATORIES, INC.,           )
                                        )
      Defendant.                  )

## [STIPULATED] PRETRIAL ORDER NO. 1
## REGARDING CONSOLIDATION AND MANAGEMENT

WHEREAS, Plaintiff, Philadelphia Federation of Teachers Health and Welfare Fund ("Plaintiff") has filed a complaint (the "Indirect Purchaser Complaint") in the above-referenced action for alleged violations of the antitrust laws involving the brand name prescription drug MiraLax and its generic equivalents, pursuant to Section 2 of the Sherman Act, 15 U.S.C. § 2; and,

WHEREAS, Plaintiff seeks to proceed on behalf of a proposed class of indirect purchasers of MiraLax from defendant; and,

WHEREAS, both parties agree to the terms of this Order;

NOW, THEREFORE, THE COURT ORDERS:

I.    **CONSOLIDATION**

1.    This Order shall govern and control the procedure for the litigation of the above-listed class action, and all "tag along" class action cases -- cases which assert or purport to assert class action claims arising from or relating to the operative facts and allegations contained in the Indirect Purchaser Class Complaint -- that are subsequently filed in or transferred to this Court

(collectively, the "Consolidated Indirect Purchaser Class Action"). All such actions are hereby consolidated for all purposes until further order, pursuant to Fed. R. Civ. P. 42(a).

2.    The existing Complaint filed in *Philadelphia Federation of Teachers Health and Welfare Fund v. Braintree Laboratories, Inc.*, C.A. No. 07-cv-356-SLR (D. Del.) shall operate as the Consolidated Complaint. Defendant Braintree Laboratories, Inc. shall be deemed to have accepted service of the Complaint in the above-captioned action as of the date that this Order is entered. All papers hereafter filed in the Consolidated Indirect Purchaser Class Action shall bear the caption of the earliest-filed Indirect Purchaser Complaint, *Philadelphia Federation of Teachers Health and Welfare Fund v. Braintree Laboratories, Inc.*, C.A. No. 07-cv-356-SLR (D. Del.).

3.    The terms of this Order shall not have the effect of making any person, firm, or corporation a party to any action in which he, she or it has not been properly named, served, or joined, in accordance with the Federal Rules of Civil Procedure. The terms of this Order and the consolidation ordered herein, and defendant's consent thereto, shall not constitute a waiver by any party of any claims in or defenses to any of the actions, including defenses based on personal jurisdiction.

4.    When an action which properly belongs as part of the Consolidated Indirect Purchaser Class Action (pursuant to paragraph I.1 of this Order) is hereinafter filed in this Court or transferred to this Court, Plaintiffs' Co-Lead Counsel (*see* paragraph II.1 of this Order) shall serve a file-endorsed copy of this Order upon attorneys for plaintiff(s) in the newly-filed or transferred action, and upon the attorneys for any new defendant(s) in the newly-filed or transferred cases, and file such notice and proof of service with this Court. Objections to

2

consolidation or application of the other terms of this Order to such cases shall be promptly filed,

with a copy served on counsel for Plaintiffs.

## II.    ORGANIZATION OF COUNSEL

1.    The Court designates the following to act as Co-Lead Counsel on behalf of all

plaintiffs in the Consolidated Indirect Purchaser Class Action, with the responsibilities

hereinafter described:

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Thomas M. Sobol
David S. Nalven
One Main Street, 4th Floor
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003

**SPECTOR, ROSEMAN & KODROFF, P.C.**
Jeffrey L. Kodroff
John Macoretta
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel: (215) 496-0300
Fax: (215) 496-6611

**EDELSON & ASSOCIATES, LLC**

Marc H. Edelson
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

2.    Co-Lead Counsel, working together in a coordinated fashion, shall have sole

authority over the following matters on behalf of all plaintiffs in the Consolidated Indirect

Purchaser Action: (a) convening meetings of plaintiffs' counsel; (b) initiation, response,

scheduling, briefing, and argument of all motions; (c) the scope, order, and conduct of all

discovery proceedings; (d) making such work assignments among themselves and other counsel

as they may deem appropriate; (e) collecting time and expense reports from all plaintiffs' counsel

RLF1-3168787-1

on a periodic basis; (f) the retention of experts; (g) designation of which attorneys shall appear at hearings and conferences with the Court; (h) the timing and substance of any settlement negotiations with defendant(s); (i) the allocation of fees, if any are awarded by the Court; and (j) other matters concerning the prosecution of the Consolidated Direct Purchaser Action.

3.    The Court designates the following to act as Liaison Counsel on behalf of all plaintiffs in the Consolidated Indirect Purchaser Class Action, with the responsibilities hereinafter described:

> **CHIMICLES & TIKELLIS LLP**
> A. Zachary Naylor (Del. Bar No. 4439)
> P.O. Box 1035
> One Rodney Square
> Wilmington, Delaware 19899-1070
> Tel: (302) 656-2500
> Fax: (302) 656-9053

4.    Liaison counsel shall assist Co-Lead Counsel with local practice and procedures, shall be available for appearances before the Court, and shall coordinate communications between Co-Lead Counsel and the Court.

5.    No motion shall be initiated or filed on behalf of any Plaintiffs in the Consolidated Indirect Purchaser Action except through Co-Lead Counsel or their designees.

6.    Time Records: All Plaintiffs' counsel in the Consolidated Indirect Purchaser Action shall keep contemporaneous time records and shall periodically submit summaries or other records and expenses to Co-Lead Counsel or their designees.

SO ORDERED this _____ day of _____, 2007:

_____
United States District Judge

4

RLF1-3168787-1

/s/ Steven J. Fineman
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4205)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com

OF COUNSEL:

Michelle D. Miller
Eric Mahr
David B. Bassett
Cynthia D. Vreeland
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Attorneys for Defendant Braintree Laboratories,
Inc.*

/s/ A. Zachary Naylor
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
Wilmington, DE 19899
(302) 656-2500
pt@chimicles.com
zn@chimicles.com

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL SHAPIRO
LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
(215) 230-8043

Jeffrey L. Kodroff
John Macoretta
SPECTOR, ROSEMAN &
KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300

*Attorneys for Philadelphia Federation of
Teachers Health and Welfare Fund, et al.*

5