## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

June 26, 2007

**VIA E-FILING AND HAND DELIVERY**
The Honorable Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:  *Philadelphia Federation Of Teachers Health And Welfare Fund v. Braintree Laboratories, Inc.,*
C.A. No. 07-356-SLR

Dear Chief Judge Robinson:

We write on behalf of all parties pursuant to Delaware District Court Local Rule 81.2 to identify all pending matters which require judicial action. With the Court's granting of Braintree's Unopposed Motion For Stay And For Extension Of Time and entry of the Stipulated Protective Order Regarding Confidentiality Of Discovery Materials, the only matters presently pending before the Court are the parties' Stipulated Pretrial Order No. 1 Regarding Consolidation And Management (D.I. #16) and Plaintiff's Motion for Pro Hac Vice Appearance of Attorney Thomas M. Sobol (D.I. #12).

If Your Honor should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

Steven J. Fineman (#4025)

SXF/lll

cc:  A. Zachary Naylor, Esquire (via hand delivery)

RLF1-3170906-1