UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE LABORATORIES, INC.,<br><br>Defendant. | Case No. 07-cv-356 (SLR) |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Philadelphia Federation of Teachers Health and Welfare Fund hereby dismisses this action.

CHIMICLES & TIKELLIS, LLP

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
P.O. Box 1035
222 Delaware Avenue, Suite 1100
Wilmington, DE 19801
(302) 656-2500

*Attorney for Plaintiffs*

Dated: June 2, 2009